UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MIRANDA CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01853- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

On August 2, 2016, the parties filed a stipulation for a thirty-day extension of time for Defendant to file a response to Plaintiff's opening brief.  (Doc. 13)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5-1 at 4), and this is the first extension requested by either party.  Accordingly, **IT IS HEREBY ORDERED**:

　　1.　　Defendant's request for an extension of time is **GRANTED**; and

　　2.　　Defendant **SHALL** file a response no later than **September 23, 2016**.

IT IS SO ORDERED.

　Dated:　**August 3, 2016**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE