# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MIRANDA CHAVEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:15-cv-01853 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On May 19, 2017, Plaintiff Juan Miranda Chavez and Defendant Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $4,500.00 are **AWARDED** to Plaintiff, Juan Miranda Chavez.

IT IS SO ORDERED.

Dated: **May 19, 2017**                **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE